# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132666 & (66) (67) (68)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

NATHAN CHRISTOPHER HUGHES,
      Defendant-Appellant.

SC: 132666
COA: 261895
Wayne CC: 04-011325-01

_____/

      On order of the Court, the application for leave to appeal the October 19, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for appointment of counsel, remand, and miscellaneous relief are DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

_____
Clerk

s0319